```
ELECTRONICALLY FILED
2014-Jan-08 16:02:47
    60CV-14-93
 C06D02 : 3 Pages
```

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## _____ DIVISION

CURTIS AND AMY LYMAN                                PLAINTIFFS

vs.                               CASE NO. _____

LARRY SEXTON AND C and L TRUCKING                DEFENDANTS

### COMPLAINT

Curtis Lyman and Amy Lyman, for their complaint, state:

1. They are now and were on August 4, 2012, residents of Pulaski County, Arkansas.

2. The motor vehicle-pedestrian accident out of which this lawsuit arises occurred in North Little Rock, Pulaski County, Arkansas.

3. Since the Plaintiffs reside in Pulaski County and since the accident of which this personal injury lawsuit arises occurred in Pulaski County, this court is a proper venue for this action under Ark. Code Ann. § 16-55-213(a)(3)(A), and § 16-55-213(a)(1). In addition, this Court has jurisdiction of the parties to and the subject matter of this action because the accident out of which the lawsuit arises occurred in Pulaski County.

4. Larry Sexton is an employee of C and L Trucking of Fort Pierce, Florida. Alternatively, Larry Sexton also is an owner of C and L Trucking. C and L Trucking is a trucking company based on Fort Pierce, Florida.

5. On August 4, 2012, Curtis Lyman was at work at his building material supply company at 1000 Vine Street, North Little Rock, Arkansas. He had come in to accept a shipment being carried by C and L Trucking.

6. Larry Sexton was driving a truck owned by C and L Trucking and was acting in the course and scope with his employment with C and L Trucking when the accident happened.

296030-1

7. Curtis Lyman was standing in one of the bays at his company's warehouse and was directing Larry Sexton as he backed up to the bay to make the delivery. Larry Sexton failed to keep his vehicle under control and drove the rear of his vehicle into contact with Curtis Lyman and pinned Curtis Lyman against the outer wall of the building.

8. Larry Sexton was negligent in failing to keep a proper lookout and failing to keep his vehicle under control.

9. Larry Sexton's negligence caused Curtis Lyman to lose consciousness and to suffer bodily injuries, including but not limited to loss of consciousness, contusions, abrasions, pain and suffering, and damage to vital organs.

10. Larry Sexton's negligence caused Amy Lyman, the wife of Curtis Lyman, to suffer damages due to loss of consortium with Curtis Lyman while he was recuperating from his injuries.

11. Larry Sexton's negligence caused Curtis Lyman to miss time from work for which he is entitled to be compensated.

12. Since Larry Sexton was acting within the course and scope of this employment at the time of his negligence in striking Curtis Lyman, his negligence is imputed to C and L Trucking.

13. Because the negligence of Larry Sexton, which is imputed to C and L Trucking, caused the injuries and other damages suffered by Curtis Lyman and Amy Lyman, Curtis Lyman is entitled to recover damages from Larry Sexton and C and L Trucking in an amount greater than the minimum required for a federal court diversity jurisdiction, and Amy Lyman is entitled to recover damages from Larry Sexton and C and L Trucking in an amount less than the minimum required for federal court diversity jurisdiction.

296030-1

14. Curtis Lyman and Amy Lyman request a trial by jury on all issues triable to a jury.

WHEREFORE, Curtis Lyman prays that he recover damages from Larry Sexton and C and L Trucking in amount greater than the minimum required for federal court jurisdiction, and Amy Lyman prays that she recover damages from Larry Sexton and C and L Trucking in amount less than the minimum required for federal court jurisdiction, and Curtis Lyman and Amy Lyman pray that they be granted all other proper relief.

ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, AR 72201-2893
Telephone: (501) 377-0307 / Direct
Facsimile: (501) 375-1309
E-mail: pgoss@roselawfirm.com

By: /s/Patrick J. Goss
    Patrick J. Goss (ABA No. 73042)

*Attorneys for Curtis Lyman
and Amy Lyman*

296030-1