# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CURTIS LYMAN and \
AMY LYMAN PLAINTIFFS

v. NO. 4:14CV00184 JLH

LARRY SEXTON; and \
C AND L TRUCKING DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 16th day of January, 2015.

_____ \
J. LEON HOLMES \
UNITED STATES DISTRICT JUDGE